UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   WILLIE TATUM )
) CASE NO. 16-30286-DHW-13
     Debtor(s). )

OBJECTION TO CONFIRMATION

Now comes ALABAMA STATE EMPLOYEES C.U., by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. This creditor has filed an unsecured claim in the amount of $571.42 for charges incurred on an open end line of credit January 6, 2016 through January 18, 2016.

2. The plan is filed in bad faith and may not be confirmed pursuant to 11 U.S.C. Section 1325(a)(3). The Debtor incurred the total of the debt to this creditor within 30 days of the date of filing and the plan makes no provision to repay this newly incurred debt.

3. The Debtor deposited a check in the amount of $26,501.56 into his account December 28, 2015. The debtor testified that he has Power of Attorney for his mother and the funds were actually hers. Counsel for this creditor has requested the document several times from counsel for the Debtor, but it has not been produced. Further, all of the funds were withdrawn after the deposit and the account went negative approximately two weeks afterward.

4. Further, the Debtor has used another person's social security number to open accounts with this creditor. The Debtor testified that he has Power of Attorney over his uncle who bears the same name and it must have been a mistake. However, this mistake was repeated several times to open several accounts with this creditor.

WHEREFORE, ALABAMA STATE EMPLOYEES C.U., prays for an Order denying

confirmation along with such further relief as the Court may deem proper.

                                                  ALABAMA STATE EMPLOYEES C.U.

                                                  By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this April 22, 2016.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Richard D Shinbaum
SHINBAUM & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

WILLIE TATUM
PO BOX 680073
PRATTVILLE AL 36067

                                                  /s/ Leonard N. Math