# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re      Case No. 16-30286-DHW
    Chapter 13

WILLIE TATUM,

  Debtor.

## ORDER

The chapter 13 plan filed by the debtor came on for confirmation hearing on May 23, 2016. Trustee and Alabama State Employee Credit Union objected to confirmation alleging bad faith. The confirmation hearing was continued to June 27, 2016. In accordance with the ruling from the bench in open court, it is

ORDERED that the debtor is required to amend his schedules, statements and lists by **June 20, 2016**. Specifically, debtor is required to amend his schedules to add creditors not currently included such as GreenTree. Debtor is also required to amend the statement of financial affairs to disclose the sale of the home and a closing statement describing how the proceeds were distributed and which creditors were paid from that sale. It is

FURTHER ORDERED that debtor is to provide a copy of any Power of Attorney entered into before or after the one provided at the hearing on May 23, 2016 by **June 20, 2016**.

Done this 23rd day of May, 2016.

/s/ Dwight A. Williams, Jr.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
   Richard D. Shinbaum, Attorney for Debtor
   Alabama State Employee Credit Union, Creditor
   Kristen Abbott, Attorney for Creditor
   Curtis C. Reding, Trustee